# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAREED SEPEHRY-FARD | No. C 13-02784 JSW (MEJ) |
| Plaintiff(s), | **NOTICE OF REFERRAL FOR DISCOVERY** |
| v. | |
| MB FINANCIAL SERVICES | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Maria-Elena James for discovery. The parties must comply with Judge James' Discovery Standing Order, which is available on the Court's website at http://www.cand.uscourts.gov/mej. A copy is enclosed herewith for any pro se party.

The parties are advised that they must meet and confer <u>in person</u> before any dispute is considered. Thus, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter. If the parties submitted a letter to the presiding judge instead of a motion, the letter shall not be considered unless the parties attest that they met and conferred <u>in person</u> prior to filing the letter. Accordingly, within three days from issuance of this notice, the parties shall file a joint statement verifying that they met in person prior to filing the letter.

Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

**IT IS SO ORDERED**

Dated: January 13, 2014

_____
Maria-Elena James
United States Magistrate Judge