United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FAREED SEPEHRY-FARD,

        Plaintiff,

   v.

MB FINANCIAL SERVICES,

        Defendant.

Case No. 13-cv-02784-BLF (MEJ)

**ORDER STRIKING NON-COMPLIANT DISCOVERY LETTER BRIEF**

Re: Dkt. No. 70

The Court is in receipt of the "Discovery Dispute Report" filed by Plaintiff on April 21, 2014. Dkt. No. 70. The Court has previously admonished Plaintiff that he must comply with the Court's Discovery Standing Order. Dkt. No. 63. Yet, Plaintiff filed this discovery brief in violation of this Court's Order, which requires that all requests for discovery relief be submitted jointly by the parties in a letter brief in no more than five pages. Standing Order ¶2. Nor did Plaintiff meet and confer telephonically with Defendant before submitting this request for relief, as was required by the Court's January 23, 2014 Order. Dkt. No. 62. Accordingly, the Court STRIKES the "Discovery Dispute Report."

    **IT IS SO ORDERED.**

Dated: April 25, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge