UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FAREED SEPEHRY-FARD, | Case No. 13-cv-02784-BLF |
|---|---|
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| MB FINANCIAL SERVICES, | |
| Defendant. | |

On 05/06/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 09/04/2014 at 1:30 PM |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 01/19/2015 |
| Hearing on Motions in Limine | 03/23/2015 |
| Final Pretrial Conference | 03/23/2015 |
| Trial | 04/06/2015 |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the parties are to meet and confer regarding discovery
6   cutoff dates and advice the court of the dates at the next case management conference
7   scheduled for 09/04/2014 at 1:30 PM.

8

9   Dated:  May 08, 2014

10  _____
    BETH LABSON FREEMAN
11  United States District Judge