UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD,<br><br>    Plaintiff,<br><br>    v.<br><br>MB FINANCIAL SERVICES,<br><br>    Defendant. | Case No. 13-cv-02784-BLF<br><br>**ORDER DENYING MOTION TO FILE EXCESS PAGES; STRIKING MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>[Re: ECF Nos. 89, 90] |

On June 24, 2014, Plaintiff filed a "Motion to Leave of Court to File An Oversized Brief and Motion." (ECF 89) Plaintiff's only argument supporting this request is the conclusory statement that "[t]his is a complex case and that there are numerous and complex issues that require ample articulation which constitute good cause." (*Id.* at 1) In fact, the lengthy document at issue appears to merge the Plaintiff's argument as to why he should be granted leave to file an amended complaint with his proposed amended complaint. Plaintiff has not articulated good cause to file excess pages, and the Court accordingly DENIES Plaintiff's request.

Plaintiff also filed a "Motion For Leave of Court to Amend the Complaint and Motion, Memorandum of Points and Authorities in Support Thereof." (ECF 90) It is impossible to discern in this 40-page document where Plaintiff's proposed amended allegations end and his legal arguments begin. This oversized motion was filed without first obtaining leave of court to file the 40-page document. The Court therefore STRIKES the motion for failure to comply with the Civil Local Rules.

If Plaintiff chooses to re-file, his motion for leave to amend should consist of:

(1)     A properly noticed motion with memorandum of points and authorities, not exceeding 25 pages, that states Plaintiff's arguments as to why the Court should

1 grant leave to amend. *See* Civ. L.R. 7-2, 7-4. The memorandum of points and
2 authorities need not restate the contents of the proposed Third Amended
3 Complaint.
4    (2)   Plaintiff's proposed Third Amended Complaint, reproduced as a self-contained
5 pleading, *see* Civ. L.R. 10-1, should be attached as an exhibit to the motion. The
6 proposed amended complaint should not contain any legal argument.
7 No excess pages will be permitted.

**IT IS SO ORDERED.**

Dated: June 27, 2014

_____
BETH LABSON FREEMAN
United States District Judge