UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD,<br><br>    Plaintiff,<br><br>  v.<br><br>MB FINANCIAL SERVICES,<br><br>    Defendant. | Case No.  13-cv-02784-BLF<br><br>**ORDER SUBMITTING MOTIONS WITHOUT ORAL ARGUMENT; VACATING HEARING; CONTINUING CASE MANAGEMENT CONFERENCE; AND DENYING MOTION TO APPEAR BY TELEPHONE**<br><br>[Re: ECF 95, 97, 98] |

Plaintiff's Motion for Leave to File Third Amended Complaint, (ECF 95), Defendant's Motion to Dismiss Plaintiff's Unfair Competition Law Claim, (ECF 97), and Defendant's Motion to Strike Portions of Plaintiff's Second Amended Complaint, (ECF 98), all three of which were noticed for hearing on September 4, 2014, are hereby SUBMITTED without oral argument. The September 4, 2014 hearing is VACATED. *See* Civ. L.R. 7-1(b).

The Case Management Conference presently scheduled for September 4, 2014 is hereby CONTINUED to January 8, 2015 in Courtroom 3, 5th Floor, San Jose.

Defendant's Motion to Appear by Telephone, (ECF 104), is accordingly DENIED as moot.

**IT IS SO ORDERED.**

Dated: August 21, 2014

_____
BETH LABSON FREEMAN
United States District Judge