UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD,<br><br>    Plaintiff,<br><br>    v.<br><br>MB FINANCIAL SERVICES,<br><br>    Defendant. | Case No.  13-cv-02784-BLF<br><br>**ORDER SUBMITTING MOTIONS WITHOUT ORAL ARGUMENT; AND VACATING HEARING**<br><br>[Re:  ECF 110, 112] |

Defendant's "Motion to Dismiss Third Amended Complaint for Failure to State a Claim Upon Which Relief Can Be Granted (FRCP 12(b)(6)) and For Lack of Subject Matter Jurisdiction (12(b)(1))" (ECF 110) and Plaintiff's "Motion for Proof of Authority of Alleged Attorney to Represent Alleged Defendant and Request for Partial Summary Judgment" (ECF 112), both of which were noticed for hearing on December 11, 2014, are hereby SUBMITTED without oral argument; the hearing is VACATED.  *See* Civ. L.R. 7-1(b).

The parties' respective motions to appear at the motion hearing by telephone (ECF 116, 117) are accordingly DENIED as moot.

**IT IS SO ORDERED.**

Dated:  December 8, 2014

BETH LABSON FREEMAN
United States District Judge