UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAREED SEPEHRY-FARD,<br><br>            Plaintiff,<br><br>     v.<br><br>MB FINANCIAL SERVICES,<br><br>            Defendant. | Case No.   13-cv-02784-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the parties' respective pending motions, the Court finds good cause to VACATE the Case Management Conference presently scheduled for January 8, 2015 at 1:30 p.m.  The Case Management Conference is HEREBY CONTINUED to **March 19, 2015 at 1:30 p.m.** in Courtroom 3, 5th Floor, San Jose.

**IT IS SO ORDERED.**

Dated: January 5, 2015

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California